OPINION — AG — ** DUAL OFFICE HOLDING — LEGISLATOR ** QUESTION: CAN A MEMBER OF THE LEGISLATURE BE APPOINTED AS A COUNTY DIRECTOR OF CIVIL DEFENSE ? — IF HE IS COMPENSATION, NEGATIVE, IF HE IS NOT, AFFIRMATIVE (LEGISLATOR, DUAL OFFICE HOLDING, COUNTY) CITE: 51 O.S. 6 [51-6], OPINION NO. NOVEMBER 10, 1951 — EDMONDSON, 63 O.S. 651 [63-651], 63 O.S. 662 [63-662], ARTICLE V, SECTION 23 (FRED HANSEN)